# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-4395
_____

TOMMIE R. POWERS,

    Appellant,

    v.

STATE OF FLORIDA DEPARTMENT
OF AGRICULTURE/DIVISION OF
RISK MANAGEMENT,

    Appellees.

_____

On appeal from an order of the Judge of Compensation Claims
Margaret E. Sojourner, Judge.

Date of Accident: January 22, 2016.

September 25, 2018


PER CURIAM.

    AFFIRMED.

MAKAR, WINOKUR, and WINSOR, JJ., concur.

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

William E. Gregory of William E. Gregory, P.A., Miami, for Appellant.

Joanne M. Prescott of Zimmerman, Kiser & Sutcliffe, P.A., Orlando, for Appellees.